UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALBINA GALIMOVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 24 C 8224 |
| | ) | |
| ALEJANDRO MAYORKAS, Secretary, DEPARTMENT OF HOMELAND SECURITY, et al., | ) | Judge Ellis |
| | ) | |
| Defendants. | ) | |

# **INITIAL STATUS REPORT**

## I. Nature of the Case

A. Attorneys: Albina Galimova represents herself as the plaintiff, Pro Se. Defendants are represented by Assistant United States Attorneys Craig A. Oswald and Joshua S. Press, U.S. Attorney's Office for the Northern District of Illinois.

B. Nature of Claims Asserted:

*Plaintiff's View*: As stated in the complaint and plaintiff's initial status report, plaintiff seeks a writ of mandamus to compel U.S. Citizenship and Immigration Services (USCIS) to promptly adjudicate her asylum application, which has been delayed for over 3.5 years since her second interview and more than 10 years since her initial application. *See* Dkt. Nos. 1, ¶ 1. and 8, ¶ 1.B.

*Defendants' View*: Defendants deny that the delay is unreasonable and further deny that plaintiff is entitled to immediate relief.

C. The principal legal issues: Whether defendants have a duty to adjudicate plaintiff's asylum application, and whether the adjudication is unreasonably delayed.

D. Relief Sought: An order compelling defendants to adjudicate the asylum application.

## II. Jurisdiction

See plaintiff's initial status report. *See* Dkt. 8, ¶ 2.

**III.** **Status of Service** The U.S. Attorney's Office for the Northern District of Illinois received proper service on October 28, 2024.

**IV.** **Magistrate Judge** Defendants do not consent to proceed before a Magistrate Judge at this time.

**V.** **Motions**

A. There are no pending motions at this time.

B. An initial status report is due by November 6, 2024.

C. A status hearing is set for November 13, 2024.

D. Defendants' deadline to respond to the complaint is December 27, 2024.

E. Defendants will respond to the complaint by motion, if necessary.

**VI.** **Discovery and Case Plan**

A. At this time the defendants do not foresee the need for discovery.

B. The defendants do not anticipate or demand a jury trial.

**VII.** **Settlement, Referrals, and Consent**

A. The parties have not engaged in settlement negotiations; however, defendants hope to resolve this matter without contested litigation.

B. The parties do not request a settlement conference at this time.

**VIII.** **Other** Defendants only became aware of the status report requirement this week so the undersigned files the instant report in an effort to comply with the court's order.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Craig A. Oswald
CRAIG A. OSWALD
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9080
craig.oswald@usdoj.gov